IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES M. RAPER, JR.                                                                                    PLAINTIFF

v.                                            Case No. 1:22-cv-1038

LOUANNE ANDERSON                                                                              DEFENDANT

**ORDER**

Before the Court is the Report and Recommendation filed October 26, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10.

Plaintiff James M. Raper, Jr. filed this action against Defendant Louanne Anderson, alleging that the Court has federal question jurisdiction over the action and that Defendant "forced fellatio on [him] in a casino hotel room in Tunica, Mississippi." ECF No. 1, at 5. Judge Bryant recommends dismissing Plaintiff's complaint (ECF No. 1) without prejudice for failure to state a claim upon which relief may be granted. Judge Bryant explains that the Court lacks jurisdiction over Plaintiff's claims, as "Plaintiff has not provided any basis for federal question jurisdiction" and "specifically claims this is not a 42 U.S.C. § 1983 action." ECF No. 10, at 2. Judge Bryant further explains that even if the Court interprets Plaintiff's claims as tort claims against Defendant, a citizen of another state, and finds that the Court has diversity jurisdiction over the instant action, the applicable statute of limitations has expired. ECF No. 10, at 3 ("[T]he incident in question occurred in 2004, and the statute of limitations has run as to any claim against Defendant."); *see also* Miss. Code Ann. § 15-1-35 (providing that tort actions "shall be commenced within one (1) year after the cause of such action accrued").

Plaintiff has not filed objections to the Report and Recommendation, and the time to object

has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE.** The instant dismissal constitutes a "strike" under the PLRA, 28 U.S.C. § 1915(g), and the Clerk of Court is directed to place a § 1915(g) strike flag on the case.[1]

**IT IS SO ORDERED**, this 5th day of December, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] On February 15, 2022, Plaintiff filed an action against Defendant (Louanne Anderson) based on the instant facts, pursuant to 42 U.S.C. § 1983. *See Raper v. Anderson*, 1:22-cv-01030. On June 28, 2022, the Court adopted Judge Bryant's report and recommendation and dismissed Plaintiff's claims without prejudice. *Id.* Two days later, on June 30, 2022, Plaintiff filed the instant action. *See* ECF No. 1.